```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     TIMOTHY J. McNULTY

                    Plaintiff(s)

        -vs-                                      06-CV-6082T

     COUNTY OF MONROE, ET AL

                    Defendant(s)

_____
```

The above case is transferred from Hon. Michael A. Telesca to Hon. David G. Larimer.

SO ORDERED.

    S/ MICHAEL A. TELESCA
MICHAEL A. TELESCA
United States District Judge

Dated:   Rochester, New York
         February 15, 2006